UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST CALVINO JR.,<br><br>        Plaintiff,<br><br>    -against-<br><br>APPLE CORP.; APPLE INC.; APPLE NATIONAL AND INTERNATIONAL; LESLIE JOBS; LESLIE JOBS DOBLES,<br><br>        Defendants. | 20-CV-0380 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 27, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 27, 2020
    New York, New York

                         COLLEEN McMAHON
                         Chief United States District Judge